IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD W. PETTERSON JR., | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | NO. 15-1719 |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| et al., | : | |
| Respondents | : | |

O R D E R

AND NOW, this 4th day of May 2015, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), and upon careful and independent review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 5), and noting that no objections to the Report and Recommendation have been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

3. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.